## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:10-cr-100 |
| v. ) | |
| ) | JUDGES PHILLIPS/SHIRLEY |
| FRANKLIN DELANO JEFFRIES, II ) | |
| Defendant. ) | |
| ) | |

## ORDER FOR THE RELEASE OF INFORMATION
## FROM GOOGLE

This matter having come before the Court pursuant to an Agreed-Upon Application for Order for Release of Information From Google, which requested an Order authorizing the release of information and other records with regard relating to the video "Allison's Love" that was posted on the internet website YouTube and is associated with the username "dalejeffriesjr." The video has the identifier Xt4hbnW7a_w and was uploaded on or about July 9, 2010. The upload IP address was 70.157.42.57. In particular, the applicant with the agreement of the Government has requested information reflecting the date, time, IP address and username at or from which the video was removed from the YouTube service. The Court finds that the applicant with the assent of the Government has established, through specific and articulable facts, reasonable grounds that the information requested is relevant and material to a possible violation of 18 U.S.C. §875(c).

THEREFORE, IT APPEARING that the information regarding the video is relevant to a possible violation of §875(c);

IT FURTHER APPEARING that the date, time, IP address, and username at or from which the video was removed from the YouTube service is relevant to the instant case;

1

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. §2703, that Google Inc. shall promptly release all information reflecting the date and time at which the video was removed from the YouTube service, and the IP address and username of the individual who removed the video from the service;

Information in compliance to this Order should be provided by electronic mail to the following individuals:

1. Kelly Norris
Kelly.Norris@usdoj.gov

2. Ralph Harwell
advocate@harwellandharwell.com

3. Jonathan Harwell
jpharwell@gmail.com

ENTER:

C. CLIFFORD SHIRLEY JR.
UNITED STATES MAGISTRATE JUDGE