# UNITED STATES PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** Franklin Delano Jeffries II    **Docket Number:** 3:10-CR-100-001

**Name of Sentencing Judicial Officer:**    The Honorable Thomas W. Phillips
United States District Judge

**Date of Original Sentence:** June 2, 2011

**Original Offense:** Communicating Threats in Interstate Commerce, in violation of Title 18 U.S.C. § 875(c)

**Class:** D Felony    **Criminal History Category:** I

**Original Sentence:** A term of eighteen (18) months imprisonment followed by three (3) years supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** November 3, 2011

**Date Supervision Expires:** November 2, 2014

**Assistant U.S. Attorney:** Kelly Ann Norris

**Defense Attorney:** Ralph E. Harwell

**Revocation Guideline Range:** 3 to 9 months    **Statutory Maximum:** 2 years

*******************************************

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **General Condition:** The defendant shall not illegally possess a controlled substance. |

On March 5, 2012, Mr. Jeffries submitted a urine sample that tested positive for benzodiazepine and cocaine. He reported having a prescription for the benzodiazepine. However, he did not have proof of this prescription at the time the test was taken, nor had Mr. Jeffries reported this prescription to this officer in the past. All previous drug screens have been negative for all substances.

Mr. Jeffries denied any cocaine use. The test was sent to Alere Laboratories for confirmation. He admitted attending a party on March 3, 2012, and reported the presence of illegal substances.

On March 13, 2012, the urine sample collected on March 5, 2012, was confirmed by Alere Laboratories as positive for cocaine.

> 2	**Special Condition #3:** The defendant shall take all medication prescribed by the treatment program as directed. If deemed appropriate by the treatment provider or the probation officer, the defendant shall submit to quarterly blood tests to determine whether he is taking the medication as prescribed.

On February 7, 2012, Mr. Jeffries met with Dr. David Manning, M.D., at Helen Ross McNabb. The defendant was prescribed Celexa 20 mg and Prazosin. Mr. Jeffries admitted to this officer that he took the medication one time following his appointment with Dr. Manning. He claimed that he suffered a headache after taking the medication and believed this to be a justification for failing to take the prescription at directed. The records reflect that Mr. Jeffries failed to contact Dr. Manning to report this side effect or to request a change in medication.

On March 5, 2012, it was discovered by officers with Homeland Security that Mr. Jeffries was making Twitter entries claiming that he was going to commit suicide. These entries were given to the United States Probation Office for review. These reports initiated an investigation and subsequent meeting between this officer and the defendant. This meeting took place at the United States Probation Office on Monday, March 5, 2012, at approximately 4:00 p.m. During the meeting, Mr. Jeffries denied that he was suicidal or homicidal; denied using his Twitter account; and denied needing mental health crisis intervention. However, by his own admission, Mr. Jeffries admitted that he was not taking his mental health medication. His speech was pressured and he was not clear about the sequence of events on this date.

Mr. Jeffries attended an appointment at Helen Ross McNabb on March 6, 2012. According to Helen Ross McNabb medical staff, Mr. Jeffries was exhibiting symptoms of hypomania. He was assessed for forced hospitalization under state law. It was determined that he did not meet the criteria, and he continued to deny being homicidal or suicidal. He was prescribed a new medication, Saphris 10 mg, which is an oral medication. The Helen Ross McNabb staff reported that there is no test that can verify if Mr. Jeffries is compliant with this medication treatment.

**Assessment of Flight/Danger and Bond Recommendation:**

On September 1, 2010, the Honorable Clifford C. Shirley, Jr., United States Magistrate Judge, held a detention hearing for Mr. Jeffries on the instance offense. The Court concluded that the defendant did pose a danger to the community based on his history of violence and threats, combined with his failure to manage his mental health condition.

PETITION FOR WARRANT  PAGE 3
FOR OFFENDER UNDER SUPERVISION
RE: Franklin Delano Jeffries, II

It is asserted that this same combination of events are present. Mr. Jeffries is making veil treats to hurt himself, tested positive for cocaine, is noncompliant with his mental health medication, failed to take responsibility for his conduct and/or accept assistance, and his past history shows a pattern of violence and weapon use. Based on these combination of elements, there is an increased concern that Mr. Jeffries could act out in a manner that leads to a significant violent event in the community. Thus, it is recommended that Mr. Jeffries be considered a danger to the community and detained pending a revocation hearing.

**Petitioning the Court to order:**

That a warrant be issued and the defendant be ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *March 15, 2012.*

Respectfully submitted,

Kathryn A. Callaway
2012.03.15 11:49:13
-04'00'

Kathryn Callaway
United States Probation Officer
Mental Health Treatment Specialist

APPROVED:

John E. Lynn
2012.03.15
11:47:04 -04'00'

John E. Lynn, Supervising  Date
United States Probation Officer

### ORDER OF COURT:

A warrant is to be issued and the defendant is ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked. This petition is to be placed under seal until the defendant is arrested or appears in Court.

So ordered.

**ENTER.**

The Honorable Thomas W. Phillips
United States District Judge

PROB12C(REVOKE) - 12/2006

Prob 19
EDTN78 (6/2000)

# United States District Court
## for the
## EASTERN DISTRICT OF TENNESSEE

U.S.A. vs Franklin Delano Jeffries, II      Docket No. 3:10-CR-100-001

TO: [1]Any United States Marshal or any other authorized officer.

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Franklin Delano Jeffries, II | SEX<br>Male | RACE<br>White Non Hispanic | AGE<br>37 |
| ADDRESS(STREET, CITY, STATE)<br>6135 Cougar Drive, Knoxville, TN 37921 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>United States District Court for the Eastern District of Tennessee at Knoxville | | | |
| CLERK<br>Debra c. Poplin | (BY) DEPUTY CLERK | | DATE<br>March 13, 2012 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."