IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:10-CR-100 |
| FRANKLIN DELANO JEFFRIES, II, | ) ) | (PHILLIPS/SHIRLEY) |
| Defendant. | ) ) ) | |

### **O R D E R**

This case is before the undersigned on the matter of Defendant Jeffries' representation. On March 20, 2012, the parties came before the undersigned for an initial appearance on a petition [Doc. 122] to revoke the Defendant's supervised release. Assistant United States Attorneys David C. Jennings and Kelly A. Norris were present representing the Government. The Defendant was present with Attorneys Ralph E. Harwell and Jonathan Harwell, who represented him in the underlying case. At that hearing, Mr. Harwell was not sure whether the Defendant's family would retain them to represent the Defendant at the revocation hearing. The Defendant indicated that he would like the Court to appoint counsel for him, if the Harwells did not remain on the case. The Court examined and accepted the Defendant's Financial Affidavit and found that the Defendant qualified for appointed counsel.

On March 21, 2012, the Court learned that the Defendant's family had not retained the Harwells. After reviewing the Defendant's sworn Financial Affidavit, the Court finds that the Defendant does not have the funds to retain an attorney of his choice. Accordingly, the Court finds

1

that the Defendant qualifies for the appointment of counsel. The Court also finds that the Defendant wants counsel to be appointed for him. The Court **ORDERS** that the following attorney is appointed to represent the Defendant:

> Laura Davis
> Federal Defender Services of Eastern Tennessee
> 800 South Gay Street, Suite 2400
> Knoxville, Tennessee  37929-9714
> (865) 637-7979.

All dates and deadlines, including the revocation hearing currently scheduled for **April 3, 2012, at 2:30 p.m.**, shall remain the same at this time.

    **IT IS SO ORDERED.**

ENTERED:

      s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge

2